IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00258-WDM-OES

GAIL J. WILKERSON AND
HIGHLANDS DESIGN GROUP, INC.,

    Plaintiffs,

v.

SCHIRMER ENGINEERING CORPORATION AND
AON CORPORATION,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on the Defendants' Motion for Leave to Cite Additional Authority. Rather than simply bringing a potentially relevant case to my attention the defendants engage in further argument, in effect filing another brief. Accordingly, defendants' motion is denied.

    DATED at Denver, Colorado, on September 6, 2005.

                                                   BY THE COURT:

                                                   /s/ Walker D. Miller
                                                   United States District Judge

PDF FINAL