IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00258-WDM-OES

GAIL J. WILKERSON AND
HIGHLANDS DESIGN GROUP, INC.,

    Plaintiff(s),

v.

SCHIRMER ENGINEERING CORPORATION AND
AON CORPORATION,

    Defendant(s).
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The joint motion to vacate trial date is granted. The jury trial is continued to **October 16, 2006, at 8:30 a.m.** (5 days) in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902. The June 1, 2006 telephone conference is vacated.


Dated:   May 30, 2006

                                                       s/Jane Trexler, Secretary/Deputy Clerk