IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00258-WDM-OES

GAIL J. WILKERSON AND
HIGHLANDS DESIGN GROUP, INC.,

    Plaintiffs,

v.

SCHIRMER ENGINEERING CORPORATION AND
AON CORPORATION,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on Defendants' Motion for Leave to Take Videotape Deposition of Rebecca Mackin, an intended "will-call" witness who is unable to testify at the scheduled October 16 trial date because of her pregnancy.  Although Ms. Mackin had been previously deposed at length, plaintiff urges that a videotape deposition would be superior to reading her deposition.  Defendant opposes the motion and notes that no alleged deficiency of the original deposition is asserted.  Plaintiff also complains of what its counsel views as an untimely request, given the absence of responsible plaintiff's counsel.

    After full consideration of the parties' arguments, I note that the Federal Rules of Civil Procedure "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1.  Defendant's motion

provides insufficient ground to impose the additional and apparently unnecessary expense of travel to Chicago for a video deposition of a witness already deposed by the parties.  Accordingly, defendants' motion is denied.

DATED at Denver, Colorado, on September 25, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge