# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks    Date: October 12, 2006
Court Reporter: Janet Coppock    Time: 10 minutes

**CASE NO.  04-cv-00258-WDM-MEH**

| Parties | Counsel |
|---|---|
| **GAIL J. WILKERSON,** | Richard LaFond |
|  | Charlotte Sweeney |
| Plaintiff, |  |
| vs. |  |
| **SCHIRMER ENGINEERING CORPORATION, et al,** | Vicki Gillette |
| Defendants. |  |

## FURTHER TRIAL PREPARATION CONFERENCE

**3:30 p.m.**    **COURT IN SESSION**

APPEARANCES OF COUNSEL who appear by telephone.

**ORDERED:** Defendants' Motion for Leave to File Second Motion for Summary Judgment (Doc #140), filed 10/11/06 is **GRANTED.**

Plaintiff's Motion to Continue Trial and Stay Proceedings Pending Outcome of Bankruptcy Proceedings (Doc #144), filed 10/12/06.

Page Two
04-cv-00258-WDM-MEH
October 12, 2006

Court and counsel discuss plaintiff's motion to continue trial and stay proceedings.

**ORDERED:** Plaintiff's Motion to Continue Trial and Stay Proceedings Pending Outcome of Bankruptcy Proceedings (Doc #144), filed 10/12/06 is **GRANTED in PART.** Trial scheduled for October 16, 2006 is **VACATED.**

**ORDERED:** Plaintiff may respond to defendants' motion for summary judgment by **October 26, 2006.** Plaintiff may reply by **November 3, 2006.**

**ORDERED:** Defendants may respond to plaintiff's motion to stay proceedings pending outcome of bankruptcy proceedings by October 26, 2006. Plaintiff may reply by **November 3, 2006.**

**3:40 p.m.     COURT IN RECESS**

**Total in court time:        10 minutes**

**Hearing concluded**