IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00258-WDM-OES

GAIL J. WILKERSON AND
HIGHLANDS DESIGN GROUP, INC.,

    Plaintiff(s),

v.

SCHIRMER ENGINEERING CORPORATION AND
AON CORPORATION,

    Defendant(s).

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendants' motion in limine (doc. No. 92) is denied without prejudice to timely refiling prior to a new trial setting.

Dated:   February 8, 2007

                                            s/Jane Trexler, Secretary/Deputy Clerk