IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00258-WDM-MEH

GAIL J. WILKERSON, et al.,

    Plaintiff,

v.

SCHIRMER ENGINEERING CORPORATION, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to extend deadline to reopen is granted to March 15, 2008.

Dated:  October 2, 2007

                                              s/ Jane Trexler, Judicial Assistant