IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00258-WDM-MEH

GAIL J. WILKERSON and
HIGHLANDS DESIGN GROUP, INC.,

      Plaintiffs,

v.

SCHIRMER ENGINEERING CORPORATION, a Delaware corporation, and
AON CORPORATION, a Delaware corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2008.**

      The Motion for Leave to Withdraw as Counsel for Plaintiff[s] filed by Richard C. LaFond [filed June 5, 2008; docket #171] is **granted**. Mr. LaFond is hereby permitted to withdraw as attorney for the Plaintiffs and shall have no further responsibility for representation of the Plaintiffs.