IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00258-WDM-MEH

GAIL J. WILKERSON, et al.,

    Plaintiff,

v.

SCHIRMER ENGINEERING CORPORATION, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The Bankruptcy Trustee's Motion to Intervene is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: February 2, 2009

                                           s/ Jane Trexler, Judicial Assistant