IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.  04-cv-00258-WDM-MEH

GAIL J. WILKERSON and
HIGHLANDS DESIGN GROUP, INC.,

      Plaintiffs,

v.

SCHIRMER ENGINEERING CORPORATION, a Delaware Corporation, and
AON CORPORATION, a Delaware Corporation,

      Defendants.

## MINUTE ORDER VACATING STATUS CONFERENCE

Miller, J.

      I have been advised that the parties wish to set a Settlement Conference next week with Magistrate Judge Hegarty, and also request that the December 9, 2009 Status Conference be vacated.  Accordingly, the December 9, 2009 Status Conference is vacated on the understanding that the parties will schedule a Settlement Conference next week with Magistrate Judge Hegarty.

DATED at Denver, Colorado, on December 9, 2009.

                                                  BY THE COURT:

                                                  s/ Walker D. Miller

                                                  United States Senior District Judge

PDF FINAL